---

PRENTISS HOLLMAN
*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

07 Civ. 6595 (HB) (__)

-against-

F. CARABALLO - CORRECTION OFFICER
L. MEREJO CORRECTION OFFICER - S. HERNANDEZ CORRECTION OFFICER
D.S.S. LEE, N.Y.S. D.O.C.S
LUIS R. MARSHALL - SUPERINTENDENT

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

**APPLICATION FOR THE COURT TO REQUEST COUNSEL**

PRO SE OFFICE S.H.

1. Name of applicant. PRENTISS HOLLMAN

2. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary)

   THE REASON I NEED A LAWYER IS BECAUSE I'M IN S.H.U AND I REALLY NEED HELP WITH MY CASE BECAUSE I DON'T KNOW LAW TO WELL

3. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary)

   I LOOK IN THE PRISONERS LAWYERS MANUAL AND WROTE TO SOME LAWYERS ABOUT MY CASE BUT I GOT NO REPLY, AND, I WROTE PRISNERS LEGAL SERVICE

4. If you need a lawyer who speaks in a language other than English, state what language you speak:

   ENGLISH

5. I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court.

6. I understand that if my answers on my Request to Proceed *In Forma Pauperis* are false, my case may be dismissed.

7. **I declare under penalty of perjury that the foregoing is true and correct.**

Dated: 9-7-07

Signature

SO ORDERED:
Harold Baer, Jr., U.S.D.J.
9/14/07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/07

Rev. 05/2007