UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YOURK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08
```

------------------------------------------------------------x

PRENTIS HOLLMAN,

                **Plaintiff,**

                -against-

CARABALLO et al.

                **Defendants.**

------------------------------------------------------------x

**ORDER**
07CV6595 (HB)

**Hon. HAROLD BAER, JR., District Judge:**

WHEREAS, the Pretrial Scheduling Order entered on October 25, 2007 provided that the case is added to the June 2008 Trailing Trial Calendar, discovery is to be completed by February 15, 2008, no dispositive motions made returnable after April 1, 2008; and

WHEREAS, the Plaintiff has not yet properly filed his opposition to the Defendant's motion to dismiss of the complaint and the parties have not complied with the deadlines and the Government has requested an extension of time; and

WHEREAS, the Plaintiff has requested appointment of counsel from the Pro Bono Panel; it is hereby

ORDERED that the Plaintiff will submit a properly filed and served opposition to the motion to dismiss the complaint by April 15, 2008, and the Government, if it chooses, may submit a reply by April 21, 2008; and it is further

ORDERED that discovery will be completed by May 15, 2008, no dispositive motions may be made returnable after June 30, 2008 and the case is now moved to the September 2008 Trailing Trial Calendar.

March 19, 2008

                                            Harold Baer, Jr.
                                            United States District Judge