# CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

ATTORNEYS AND COUNSELLORS AT LAW

101 PARK AVENUE

NEW YORK, NEW YORK 10178-0061

FRANKFURT MILAN
HOUSTON MUSCAT
ISTANBUL PARIS
LONDON STAMFORD
MEXICO CITY WASHINGTON, D.C.

TELEPHONE 212-696-6000
FACSIMILE 212-697-1559
E-MAIL INFO@CURTIS.COM
INTERNET WWW.CURTIS.COM

WRITER'S DIRECT:
TELEPHONE 212-696-6145
E-MAIL PBEHMKE@CURTIS.COM
FACSIMILE 917-368-8945

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/14/08

April 10, 2008



**BY HAND DELIVERY**

Honorable Harold Baer, Jr.
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2230
New York, New York 10007

   Re: Holman v. Caraballo, et al., No. 07 Civ. 6595 (HB)

Dear Judge Baer:

  On September 20, 2007, the Court endorsed the application of *pro se* plaintiff Prentiss Holman for the appointment of *pro bono* counsel in the above-entitled action. We have today entered a notice of appearance on behalf of Mr. Holman.

  A motion to dismiss pursuant to FRCP 12(b)(1) and (6) has already been filed in this action. Pursuant to the Court's scheduling order dated March 10, 2008, opposition papers are due April 15, 2008, and reply papers are due April 21, 2008. We respectfully request that the Court extend the deadline for filing opposition papers to May 15, 2008, in order to allow us the time to fully orient ourselves with respect to this new matter before we submit papers on Mr. Holman's behalf. Defendants' counsel, Mr. Harben, does not object to our request, and we have informed Mr. Harben that we would not object to any request to extend the deadline for reply papers up to May 29, 2008.

Endorsement:

    I'm delighted that you picked up Mr. Holman's case but you may not have until virtually June let's condense so that all papers are here no later than May 15, 2008.