Peter Fleming Jr. (PF 1434)
Peter J. Behmke (PB 5719)
CURTIS, MALLET-PREVOST,
　　COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178
(212) 696-6000
*Attorneys for Plaintiff*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-2-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
PRENTISS HOLLMAN,

　　　　　　　　　　Plaintiff,

　　-against-　　　　　　　　　　　　　　　　　　No. 07 Civ. 6595 (HB)

C.O. CARABALLO, C.O. HERNANDEZ,
C.O. MEREJO, and SGT. PONTANTE,

　　　　　　　　　　Defendants.
------------------------------------------------------------ X

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, by and through his undersigned attorneys, Plaintiff Prentiss Hollman hereby voluntarily dismisses the above-captioned action in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: New York, New York
　　　　July 1, 2008

　　　　　　　　　　　　　　　　　　CURTIS, MALLET-PREVOST,
　　　　　　　　　　　　　　　　　　　　COLT & MOSLE LLP

　　　　　　　　　　　　　By:　　_/s/_____
　　　　　　　　　　　　　　　　　Peter Fleming Jr. (PF 1434)
　　　　　　　　　　　　　　　　　Peter J. Behmke (PB 5719)
　　　　　　　　　　　　　　　　　101 Park Avenue
　　　　　　　　　　　　　　　　　New York, NY 10178
　　　　　　　　　　　　　　　　　(212) 696-6000
　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

SO ORDERED:
/s/ Harold Baer, Jr., U.S.D.J.
Date: 7/2/08